UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Joel G. MacMull, Esq.
Arla Cahill, Esq.
**MANDELBAUM BARRETT PC**
570 Lexington Avenue, 21st Floor
New York, New York 10022
Tel.: 973-736-4600
Email: jmacmull@mblawfirm.com
       acahill@mblawfirm.com

*Attorneys for Plaintiff Alexander Heid*

| | |
|---|---|
| ALEXANDER HEID, an Individual,<br><br>*Plaintiff*,<br><br>– vs. –<br><br>SECURITYSCORECARD INC., a Delaware Corporation, and ALEKSANDR YAMPOLSKIY, an Individual,<br><br>*Defendants*. | CIVIL ACTION NO.<br><br>25-cv-1734 |

**NOTICE OF PLAINTIFF'S MOTION TO STRIKE OR DISMISS DEFENDANTS' COUNTERCLAIMS AND CERTAIN AFFIRMATIVE DEFENSES**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and Declaration of Joel G. MacMull, Esq., dated June 11, 2025, as well as all prior papers and proceedings had herein, Plaintiff Alexander Heid respectfully moves this Court, before the Honorable Jed S. Rakoff U.S.D.J., United States District Court for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York, 10007, for an

order dismissing or striking as appropriate Defendants' First Amendment Answer with Counterclaims, pursuant to Federal Rule of Civil Procedure 12(b)(6) and 12(f).

Pursuant to § 2(c) of the Court's Individual Rules of Practice, answering papers are due by June 25, 2025, and reply papers are due by July 2, 2025. A date for oral argument has not been set and Plaintiff does not believe oral argument is necessary. Nevertheless, insofar as the Court is inclined to order oral argument, the undersigned advises the Court that I will be largely inaccessible from July 7th through 14th, 2025, in connection with a pre-planned, prepaid vacation.

                                                Respectfully submitted,
                                                **MANDELBAUM BARRETT PC**

                                                Joel G. MacMull, Esq.

Dated: June 11, 2025