**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALEXANDER HEID, an Individual,<br><br>*Plaintiff,*<br><br>– vs. –<br><br>SECURITYSCORECARD INC., a Delaware Corporation, and ALEKSANDR YAMPOLSKIY, an Individual,<br><br>*Defendants.* | CIVIL ACTION NO.<br><br>25-cv-1734 |

**DECLARATION OF JOEL G. MACMULL, ESQ. IN SUPPORT OF PLAINTIFF ALEXANDER HEID'S MOTION TO STRIKE OR DISMISS DEFENDANTS' COUNTERCLAIMS AND CERTAIN AFFIRMATIVE DEFENSES**

Joel G. MacMull, being duly sworn, hereby declares as follows:

1.      I am licensed to practice law in the State of New York and a Partner with the law firm of Mandelbaum Barrett PC, counsel to plaintiff Alexander Heid ("Heid") in the above-captioned matter. I am over the age of 18, and I have personal knowledge of the facts set forth herein as counsel of record and based upon discovery conducted to date in this matter. I could and would testify competently about the matters set forth herein if called upon to do so.

2.      I submit this declaration in support of Plaintiff Alexander Heid's Motion to Strike or Dismiss Defendants' Counterclaims and Certain Affirmative Defenses dated June 11, 2025, which is being filed approximately contemporaneously herewith.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of email correspondence between counsel for the parties dated April 22 and April 23, 2025.

4.    Attached hereto as **Exhibit 2** is a true and correct copy of a document Bates stamped SSC000027-28 produced in discovery by Defendants and identified as "Confidential – Subject to Protective Order."

I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the foregoing is true and correct.

_____
Joel G. MacMull

Dated:  June 11, 2025

4924-8540-0908, v. 4